GARY R. BASHAM (Bar No. 130119)
KELLEY S. KERN (Bar No. 221265)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA M. BUELER,<br><br>            Plaintiff,<br><br>     v.<br><br>SEARS ROEBUCK & COMPANY and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:10−CV−01814−JAM−KJN<br><br>**DEFENDANT'S SUBSTITUTION OF ATTORNEY AND ORDER** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT SEARS, ROEBUCK AND CO. ("DEFENDANT") makes the following substitution:

**Former Legal Representative**:   Basham Parker, LLP

**New Legal Representative**:   Basham Law Group

Gary R. Basham, Basham Law Group, 701 University Ave., Suite 220, Sacramento, California 95825, (916) 282-0841.

I consent to this substitution.

Dated: December 1, 2010     */s/ Stephen L. Sitley*
                                                  For Sears, Roebuck and Co.

1
Defendant's Substitution of Attorney and [Proposed] Order
Case No. 2:10−CV−01814−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

I consent to this substitution.

Dated: December 7, 2010        BASHAM PARKER LLP

By:  */s/ Gary R. Basham*
     Gary R. Basham

I consent to this substitution.

Dated: December 7, 2010        BASHAM LAW GROUP

By:  */s/ Gary R. Basham*
     Gary R. Basham

**IT IS SO ORDERED:**

Date: 12/7/2010            /s/ John A. Mendez
                           U.S. District Court Judge