MICHAEL R. DEEMS SBN: 121413
DEEMS & KELLER, LLP
The Capitol Building at Philadelphia Square
55 Independence Circle, Suite 106
Chico, California 95973
(530) 899-8040
Fax: (530) 345-3008

Attorneys for Plaintiff
DIANNA M. BUELER

GARY R. BASHAM (Bar No. 130119)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone: (916) 993-4840
Facsimile: (916) 993-4849

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIANNA M. BUELER,<br><br>    Plaintiff,<br><br>    vs.<br><br>SEARS, ROEBUCK AND CO,<br><br>    Defendant | Case No. 2:10−CV−01814−JAM−KJN<br><br>**STIPULATION AND ORDER DISMISSING THIRD CAUSE OF ACTION** |

   WHEREAS, the parties have jointly agreed and stipulated to the dismissal with prejudice of Plaintiff's Third Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing in the Complaint, with each side to bear her or its own costs and fees;

   NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that this Court should dismiss with prejudice Plaintiff's Third Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing set forth in the Complaint in this case, with each side to bear her or its own costs and fees.

1 | Dated: March 1, 2012

DEEMS & KELLER, LLP

By: ___*/s/ Michael R. Deems*___
      MICHAEL R. DEEMS

Attorney for Plaintiff
DIANNA M. BUELER

Dated: March 1, 2012

BASHAM LAW GROUP

By: ___*/s/ Gary R. Basham*___
   GARY R. BASHAM

Attorney for Defendant
SEARS, ROEBUCK & CO.

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT Plaintiff's Third Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing of the Complaint is hereby dismissed with prejudice, with each side to bear her or its own costs and fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 1, 2012.

UNITED STATES DISTRICT JUDGE